UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ATX DEBT FUND 1, LLC,** § | |
| **KARLIN RIVER PLACE, LLC,** § | |
| *Plaintiffs* § | |
| § | No. 1:22-CV-00953-DAE |
| **v.** § | |
| § | |
| **ZURICH AMERICAN INSURANCE** § | |
| **COMPANY,** § | |
| *Defendant* § | |

# ORDER

Before the Court is Defendant Zurich American Insurance Company's Motion to Compel Further Response and Production from Plaintiffs Relating Defendant's Requests for Production, Requests for Admission, and Interrogatories, Dkt. 35, and Plaintiffs ATX Debt Fund 1, LLC and Karlin River Place, LLC's Second Motion for Protective Order, Dkt. 54. The District Judge referred the motions to the undersigned for disposition, and the Court set the motions for hearing. Dkts. 39, 56. After considering the parties' filings, the applicable law, and counsel's arguments at the hearing, the Court announced its ruling, and the reasons for it, on the record. This written order memorializes that ruling.

The Court **GRANTS** Zurich's motion to compel, Dkt. 35, and **DENIES** ATX Debt Fund's motion for protective order, Dkt. 54. The Court **ORDERS** the parties to confer and agree on a reasonable schedule for producing the non-privileged documents that were the subject of Zurich's motion to compel and arranging the

1

corporate-representative deposition that was the subject of ATX Debt Fund's motion for protective order.

SIGNED May 28, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE